UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Debby Gourley                                      CHAPTER 13
                                                          CASE NO: 16-49099
        Debtor(s).                              JUDGE: Shefferly
_____/

## ORDER CONFIRMING PLAN

    The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

    Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

    IT IS FURTHER ORDERED that the claim of Gigliotti & Associates, P.C., Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,350.00 shall be paid by the Trustee as an administrative expense of this case.

    IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

    Notwithstanding the foregoing, the Debtor retains the right to object to any filed claim, and if such claim is disallowed, then the Trustee shall make no such distributions on such claim.

    IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X]   The Debtor(s)' Plan payments shall be increased to $1,022.51 per month commencing on 10/4/16

[X]   Other: All Class 9 unsecured creditors shall receive a 100% dividend plus 5 % interest on their duly filed claims.

Approved:

| | |
|---|---|
| /s/ Thomas D. DeCarlo (P65330) attorney for | /s/ Douglas Chimenti |
| David Ruskin | Gigliotti & Associates, P.C. |
| Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| 26555 Evergreen, Suite 1100 | Douglas Chimenti P67859 |
| Southfield, MI 48076 | 15400 19 Mile Rd, Ste 115 |
| | Clinton Twp, MI 48038 |
| | 586-228-3636 |
| | gigassocattorney@gmail.com |

**Signed on October 08, 2016**

                                                     **/s/ Phillip J. Shefferly**
                                                   **Phillip J. Shefferly**
                                                   **United States Bankruptcy Judge**