UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Debby Gourley

Debtor(s).

Case No. 16-49099
Judge Shefferly
Chapter 13

_____/

Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636

_____/

## PROPOSED PLAN MODIFICATION

Debtor states as follows in support of this proposed plan modification:

1. This case was filed on 6/23/16

2. The plan herein was confirmed on 10/8/16.

3. Debtor's plan is running long. This is due to claims made by the first mortgage company.

4. The first mortgage company, Seterus, Inc., filed their proof of claim after confirmation of the case. The on-going mortgage payment and mortgage arrearages were higher than was included in the confirmed plan.

5. In addition, there was a claim made by Seterus, Inc. for post-petition fees that was not anticipated in the confirmed plan.

6. The Proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

   A. Class one trustee fees: None
   B. Class two administrative claims: None
   C. Class three secured claims to be strapped: None
   D. Class four continuing claims/arrearage on continuing claims: None
   E. Class five (a) secured purchase money security interest claims: None
   F. Class five (b) other secured claims: None
   G. Class six executory contracts/unexpired leases: None
   H. Class seven priority unsecured claims: None
   I. Class eight special unsecured claims: None
   J. Class nine general unsecured claims: None

7. Debtor wishes to continue her Chapter 13 and to receive a discharge.

WHEREFORE, Debtor proposes that the Chapter 13 Plan be modified as follows:
    A. Debtor's plan payment shall be $1,184.83 per monthly effective the date of this plan modification.
    B. Debtor shall amend Schedules I & J to show income and budgetary changes.
    C. In all other respects, the plan as confirmed on 10/8/16 or last modified shall remain in full force and effect.

Date: 1/16/19

/s/ Douglas Chimenti
Douglas Chimenti (P67859)
Paul Gigliotti (P46167)
Nicholas Glaeser (P76187)
Gigliotti & Associates, P.C.
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636
gigassocattorney@gmail.com

IN RE: Debby Gourley

      Debtor(s).

_____/

Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636

Case No. 16-49099
Judge Shefferly
Chapter 13

_____/

## EXHIBIT 1

### ORDER APPROVING PLAN MODIFICATION

    This matter having come on for consideration based upon the Motion of the debtor, and the Court having found that this Order is in accordance with the law, and no party having otherwise responded or objected;

    **IT IS HEREBY ORDERED** that the Debtor's plan payment shall be $1,184.83 per monthly effective the date of this plan modification.

    **IT IS FURTHER ORDERED** that in all other respects, the plan as confirmed on 10/8/16 or last modified shall remain in full force and effect.

IN RE: Debby Gourley

    Debtor(s).

Case No. 16-49099
Judge Shefferly
Chapter 13

_____/

Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636

_____/

## EXHIBIT 2

**Notice of Deadline to Object to Proposed Chapter 13 Plan Modification**

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Gigliotti & Associates, P.C.
15400 19 Mile Rd, Suite 115
Clinton Twp, MI 48038

David Ruskin
26555 Evergreen, Suite 1100
Southfield, MI 48076

Date: 1/16/19

/s/ Douglas Chimenti
Douglas Chimenti (P67859)
Paul Gigliotti (P46167)
Gigliotti & Associates, P.C.
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636
gigassocattorney@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Debby Gourley

    Debtor(s).

Case No. 16-49099
Judge Shefferly
Chapter 13

_____/

Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636

_____/

### EXHIBIT 3
### PROOF OF SERVICE

    Douglas Chimenti, being first duly sworn, states that on 1/16/19, a copy of Debtor's Proposed Plan Modification and this Proof of Service were served upon the US Trustee and Chapter 13 Trustee via ECF; and upon all parties list below and on the attached matrix, via first class mail.

    /s/ Douglas Chimenti
    Douglas Chimenti (P67859)
    Paul Gigliotti (P46167)
    Nicholas Glaeser (P76187)
    Gigliotti & Associates, P.C.
    15400 19 Mile Rd, Ste 115
    Clinton Twp, MI 48038
    586-228-3636
    gigassocattorney@gmail.com

```
bel Matrix for local noticing          Ventura Association                    Chase Auto Finance
45-2                                    Makower Abbate Guerra Wegner Vollmer   PO Box 9001937
se 16-49099-pjs                         23201 Jefferson                        Louisville, KY 40290-1937
stern District of Michigan              St. Clair Shores, MI 48080-1973
troit
d Jan 16 10:05:53 EST 2019

tibank, N.A., as Trustee                IRS / Internal Revenue Service         JBC Management
o Wells Fargo Bank, N.A., as Servicer   Centralized Insolvency Operations      51221 Schoenherr Rd
fault Document Processing               PO Box 7346                            Utica, MI 48315-2708
286-01Y                                 Philadelphia, PA 19101-7346
00 Blue Gentian Road
gan, MN 55121-7700

Morgan Chase Bank, N.A.                 Michigan Department of Treasury        Orlans Associates P.C.
 Box 901032                             Collection/Bankruptcy Unit             PO Box 5041
. Worth, TX 76101-2032                  PO Box 30168                           Troy, MI 48007-5041
                                        Lansing, MI 48909-7668


emier Bankcard, Llc                     Seterus                                Seterus, Inc.
o Jefferson Capital Systems LLC         PO Box 2008                            PO Box 1047
 Box 7999                               Grand Rapids, MI 49501-2008            Hartford, CT 06143-1047
int Cloud Mn 56302-7999


S. Attorney                             U.S. Bank Trust, N.A.                  U.S. Trustee
vil Div Suite 2300                      Caliber Home Loans, Inc.               211 W. Fort St. Suite 700
1 West Fort                             13801 Wireless Way                     Detroit, MI 48226-3263
troit, MI 48226-3269                    Oklahoma City, OK 73134-2500


ntura Association                       Wells Fargo                            David Wm Ruskin
o Makower Abbate Guerra Wegner Vollmer  P.O. Box 19657                         26555 Evergreen Rd Ste 1100
201 Jefferson                           Irvine, CA 92623-9657                  Southfield, MI 48076-4251
. Clair Shores, MI 48080-1973


bby Jane Gourley                        Douglas P. Chimenti                    Nicholas R. Glaeser
838 Lagrande Plz.                       15400 Nineteen Mile Road               Gigliotti & Associates, P.C.
rren, MI 48088-3904                     Suite 115                              15400 19 Mile Rd.
                                        Clinton Township, MI 48038-6311        Suite 115
                                                                               Clinton Township, MI 48038-6311


ul B. Gigliotti
400 19 Mile
15
inton Township, MI 48038-6311
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
)Federal National Mortgage Association (Fan      End of Label Matrix
                                                 Mailable recipients   21
                                                 Bypassed recipients    1
                                                 Total                 22
```



Recently Accessed Cases: 16-49099-PJS Debby Jane Gourley

| 16-49099-PJS | Debby Jane Gourley (xxx-xx-0029) | 14838 Lagrande Plz. • • Warren • MI • 48088 | $1,022.51 MO/ | Bar Date(s): | 10/31/2016 (has passed) 12/20/2016 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 10/8/2016 |
| Print Inquiry | Trustee: David Wm. Ruskin | Attorney: GIGLIOTTI & ASSOCIATES PC | | Case Status: | Open/Active (10/8/2021) |

The data on these pages has not been audited and is provided for general information only.

27 Month(s) since Confirmation   UP = $0.00   TPI = $30,420.92   TPILR = $30,420.92   BOH = $0.00   BOH+FEES = $0.00

| # | ATTORNEY FEE | | | | | |
|---|---|---|---|---|---|---|
| 1 | GIGLIOTTI & ASSOCIATES PC | $519.58 | | $2,000.00 | | $2,000.00 |
| | **OTHER ATTORNEY FEES** | | | | | |
| 2 | GIGLIOTTI & ASSOCIATES PC | $3,350.00 | | | | |
| | **DEBTOR REFUND** | | | | | |
| 3 | Debby Jane Gourley | | | | | |
| | **EXECUTORY CONTRACT/LEASE** | | | | | |
| 4 | VENTURA ASSOCIATION | | | | $153.80 | $5,075.40 |
| 5 | ADDED CREDITOR | | | | | |
| | **CURRENT MORTGAGE** | | | | | |
| 6 | U S BANK NA AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST | | | | $522.58 | $17,245.14 |
| 7 | ADDED CREDITOR | | | | | |
| | **Mortgage Arrears** | | | | | |
| 8 | U S BANK NA AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST | $12,649.37 | | $9,536.20 | $300.00 | $9,536.20  31 |
| 9 | | | | | | |
| | **Executory Contract Arrears** | | | | | |
| 10 | VENTURA ASSOCIATION | $503.39 | | $383.83 | $13.29 | $383.83  28 |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | |
| 11 | ADDED CREDITOR | | | | | |
| 12 | ADDED CREDITOR | | | | | |
| 13 | ADDED CREDITOR | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | |
| 14 | ADDED CREDITOR | | | | | |
| 15 | ADDED CREDITOR | | | | | |
| | **SECURED** | | | | | |
| 16 | U S BANK NA AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST | $650.00 | | $584.53 | $25.00 | $584.53  23 |
| 17 | ADDED CREDITOR | | | | | |
| 18 | ADDED CREDITOR | | | | | |
| 19 | ADDED CREDITOR | | | | | |
| | **PRIORITY** | | | | | |
| 20 | ADDED CREDITOR | | | | | |
| 21 | ADDED CREDITOR | | | | | |
| 22 | | 950.58 | | 100 | | $950.58 |

Change Line# [0] OK
Restart
Trustee's % [8.5]
Lump Sum $ [0.00]
Delete Line [0] OK

Plan Terms [33] Calc        Unsecured % [100] Calc

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| Debby Jane Gour ∨ | $1,184.83 | MONTHLY ∨ | $ | ? |
| Debby Jane Gour ∨ | $0.00 | WEEKLY ∨ | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR ∨ | $0.00 | WEEKLY ∨ | $ | ? |

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 74,515.00 | 50,789.43 | 23,725.57 | 23,725.57 | 0.00 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 7,500.00 | 0.00 | 7,500.00 | 7,500.00 | 0.00 |
| JEWELRY | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| CASH/BANK ACCOUNTS | 57.00 | 0.00 | 57.00 | 57.00 | 0.00 |
| VEHICLES | 8,000.00 | 3,500.00 | 4,500.00 | 4,500.00 | 0.00 |
| OTHER (itemize) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 0.00

Amount Available in Chapter 7 $ 0.00

Chapter 13 Model Plan - version 3.0

8

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

16-49099-lsg    Doc 52    Filed 01/16/19    Entered 01/16/19 11:01:16    Page 8 of 9

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is __**60**__ months

2. Initial Plan Payment:
$936.13 per month x **60** months = **$56,167.80** (subtotal)

3. Additional Payments: $_____ per=

4. Lump Sums: $0.00

5. Total to be paid into Plan (total of lines 2 through 4) $56,167.80

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated trustee's fees — $4,212.60

   b. Estimated Attorney Fees and costs through confirmation of plan — $3,350.00

   c. Estimated Attorney Fees and costs Post-confirmation through duration of Plan — $3,000.00

   d. Estimated Fees of Other Professionals — $0.00

   e. Total mortgage and other continuing secured debt payments — $30,430.20

   f. Total non-continuing secured debt payments (including interest) — $0.00

   g. Total priority claims — $0.00

   h. Total arrearage claims — $13,134.54

7. Total Disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h) — $ 54,127.34

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (item 5 minus item 7) — $ 2,040.46

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see liquidation analysis on page 6) — $ 0.00

COMMENTS: