UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Debby Gourley

                Debtor(s).

_____/

Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636

_____/

Case No. 16-49099
Judge Shefferly
Chapter 13

## ORDER APPROVING PLAN MODIFICATION

    This matter having come on for consideration based upon the Motion of the debtor, and the Court having found that this Order is in accordance with the law, and no party having otherwise responded or objected;

    **IT IS HEREBY ORDERED** that the Debtor's plan payment shall be $1,184.83 per monthly effective the date of this plan modification.

    **IT IS FURTHER ORDERED** that in all other respects, the plan as confirmed on 10/8/16 or last modified shall remain in full force and effect.

**Signed on February 12, 2019**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly**
**United States Bankruptcy Judge**