# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (Detroit)

In re:  Chapter 13 No. 16-49099-pjs
Debby Jane Gourley
                Debtor.  Hon. Phillip J. Shefferly
_____/

Attached is the Statement of Corporate Ownership for the above referenced case.

Trott# 491600B01

/S/ Crystal L. Price (P69921)
/S/ Rose Merithew (P73319)
/S/ Shawn C. Drummond (P58471)
Attorney for Citibank, N.A., as Trustee for Wachovia Loan Trust 2005-SD1, Asset-Backed Certificates, Series 2005-SD1
31440 Northwestern Hwy Ste. 145
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 145
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

STATEMENT REGARDING OWNERSHIP OF: Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. which is an indirect wholly-owned subsidiary of Wells Fargo & Company.

☑ The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Wells Fargo & Company (indirectly owns 100%)
Address: 420 Montgomery Street, San Francisco, CA 94104

Name: WFC Holdings, LLC (directly owns 100%)
Address: 420 Montgomery Street, San Francisco, CA 94104

Name:
Address:

☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This Statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new Statement will be executed by mortgage servicer/creditor as applicable.

Dated: 5/7/2019

Signature of Authorized Individual

Gina Steinfeld
Print Name

Assistant Vice President
Title