UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Debby Gourley  Case No. 16-49099
 Judge Shefferly
Debtor(s).  Chapter 13
_____/

Gigliotti & Associates, P.C.
Paul Gigliotti P46167
Douglas Chimenti P67859
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
paul@palgigliotti.com
586-228-3636
_____/

## ORDER TO MODIFY PLAN

Based on the records of the Court, the Debtor's case currently being underfunded which has necessitated an increase in the plan payment, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the Chapter 13 Plan is modified as follows:
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

[X]    Debtor's plan payment shall be increased to $1,302.68 per month commencing upon entry of this order.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**Signed on January 30, 2020**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly
United States Bankruptcy Judge**